## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

TIMOTHY C. BORUP,
individually and on behalf of all
others similarly situated,

       Plaintiff,

v..

THE CJS SOLUTIONS GROUP,
LLC, d/b/a THE HCI GROUP,

       Defendant.

Court File No. 0:18-cv-01647-PAM-DTS

**PLAINTIFF'S MOTION TO COMPEL
DISCLOSURES AND DISCOVERY
PURSUANT TO FED. R. CIV. P. 37(a)**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Plaintiff Timothy C. Borup will move the Court for an Order compelling Defendant The CJS Solutions Group, LLC, d/b/a The HCI Group to: (1) provide a full and complete answer to Plaintiff's First Set of Interrogatories; (2) immediately produce all documents responsive to Plaintiff's First Set of Requests for Production; and (3) comply with its Rule 26(a)(1) required initial disclosure obligations in this matter. Plaintiff also seeks the payment of any expenses related to the motion for which the Plaintiff may be entitled.

A more particular statement of the grounds for this motion will be set forth in the memorandum and of law and supporting papers, which Plaintiff will serve and file in accordance with the Local Rules.

Dated: December 21, 2018

LARSON • KING, LLP

By: *s/T. Joseph Snodgrass*
T. Joseph Snodgrass (MN #231071)
Kelly A. Lelo (MN #330838)
30 East Seventh St., Suite 2800
St. Paul, MN  55101
Tel: (651) 312-6500
Fax: (651) 312-6618
jsnodgrass@larsonking.com
klelo@larsonking.com

and

Thomas A. Jacobson (MN #0265810)
SWENSON LERVICK SYVERSON
  TROSVIG JACOBSON CASS, PA
710 Broadway Street
Alexandria, MN 56308
Tel: (320) 421-6447
Fax: (320) 763-3657
taj@alexandriamnlaw.com

*Attorneys for Plaintiff and the Proposed Classes*

1804561

2