**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TIMOTHY C. BORUP,
individually and on behalf of all
others similarly situated,

                          Plaintiff,

v..

THE CJS SOLUTIONS GROUP,
LLC, d/b/a THE HCI GROUP,

                          Defendant.

Court File No. 0:18-cv-01647-PAM-DTS

**PLAINTIFF'S MOTION TO COMPEL
EMPLOYEE LIST DOCUMENTS AND
TO SUPPLEMENT THE RECORD
CONCERNING BORUP'S FIRST
MOTION TO COMPEL (ECF 21)
BASED UPON NEWLY
DISCOVERED INFORMATION**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Plaintiff Timothy C. Borup will move the Court for an Order compelling Defendant The CJS Solutions Group, LLC, d/b/a The HCI Group to: (1) compel Defendant to produce documents responsive to Request No. 1 in Plaintiff's Second Set Requests for Production within 5 days of the Court's Order, pursuant to Federal Rule of Civil Procedure 37(a); and (2) supplement the record concerning Borup's first Motion to Compel (ECF 21) based upon newly discovered information.

A more particular statement of the grounds for this motion will be set forth in the memorandum and of law and supporting papers, filed concurrently herewith.

Dated: February 12, 2019                LARSON • KING, LLP

By: *s/T. Joseph Snodgrass*
T. Joseph Snodgrass (MN #231071)
Kelly A. Lelo (MN #330838)
30 East Seventh St., Suite 2800
St. Paul, MN  55101
Tel: (651) 312-6500
Fax: (651) 312-6618
jsnodgrass@larsonking.com
klelo@larsonking.com

and

Thomas A. Jacobson (MN #0265810)
SWENSON LERVICK SYVERSON
   TROSVIG JACOBSON CASS, PA
710 Broadway Street
Alexandria, MN 56308
Tel: (320) 421-6447
Fax: (320) 763-3657
taj@alexandriamnlaw.com

*Attorneys for Plaintiff and the Proposed Classes*

1824713